

**GPK 4**
(All 1325 Cases)

MARIA CRUZ LEOS HERRERA
5:09-CR-692

US MAGISTRATE COURT
DS-SDTX
FILED
APR 0 7 2009
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
P. O. Box 597
Laredo, Texas 78042   (956) 723-3542

HON. GEORGE P. KAZEN, U.S. DISTRICT JUDGE
ARRAIGNMENT: THURSDAY, APRIL 9, 2009

### N O T I C E
### T R I A L   S E T T I N G

TO: ALL DEFENDANTS AND COUNSEL:
All Pre-trial Motions (including Motion for discover, to Suppress, etc.) must be filed no later than **MONDAY, APRIL 20, 2009** at 10:00 A.M. or else they are waived.

**ALL DISCOVERY MOTIONS SHALL CONTAIN A NOTATION THAT THE DESIRED INFORMATION HAS BEEN REQUESTED FROM THE U.S. ATTORNEY AND THE REQUEST HAS BEEN DENIED. DISCOVERY MOTIONS WITHOUT THIS NOTATION WILL BE REJECTED.**

FINAL PRE-TRIAL CONFERENCE: THURSDAY, MAY 7, 2009 AT 2:00 PM BEFORE JUDGE SALDAÑA/ CTRM #2C FOR ALL 1325 ILLEGAL ENTRY CASES.

NOTE:    You may also be summoned to appear on some date prior to the pre-trial conference, particularly if any motions filed by you require an evidentiary hearing. It is your responsibility to be here when called and to be sure that we have your valid, current address and phone number.

JURY SELECTION IS SET FOR MONDAY, MAY 18, 2009 AT 9:00 AM BEFORE JUDGE KAZEN. YOUR TRIAL WILL BEGIN EITHER THAT DAY OR AS SOON THEREAFTER AS ANY PRIOR CASE IS TERMINATED.

FAILURE TO APPEAR AS SCHEDULED MAY RESULT IN YOUR BOND BEING FORFEITED.
BY ORDER OF THE COURT.

HON. MICHAEL N. MILBY, CLERK
By: **Veronica R. Caballero**
Veronica R. Caballero, Case Manager